**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7711**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DONALD COREY HILL, a/k/a Corey Melvin, a/k/a Tank,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, District Judge. (3:03-cr-00112-nkm-1)

Submitted: May 29, 2008        Decided: June 3, 2008

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Corey Hill, Appellant Pro Se. Nancy Spodick Healey, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Corey Hill appeals the district court's order, as amended, denying his motion filed pursuant to Fed. R. Crim. P. 36. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hill, No. 3:03-cr-00112-nkm-1 (W.D. Va. Oct. 4, 2007; Jan. 9, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED